UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA NIELSEN, and KURT NIELSEN,<br><br>Plaintiffs,<br><br>v.<br><br>GYRUS ACMI, LP, a Minnesota Limited Partnership, and GYRUS ACMI, LLC, a Minnesota Limited Liability Company,<br><br>Defendants. | No. 2:14-cv-2375 EFB (TEMP)<br><br><br><br>ORDER |

On March 30, 2015, the previously assigned Magistrate Judge issued a Status (Pretrial Scheduling) Order.[1] ECF No. 22. On November 6, 2015, this action was reassigned to the undersigned. ECF No. 23. On December 4, 2015, the parties filed a stipulation requesting an extension of time with respect to the deadlines set forth in the March 30, 2015 Status (Pretrial Scheduling) Order. ECF No. 25.

The parties' stipulation establishes good cause to modify the March 30, 2015 Status (Pretrial Scheduling) Order. However, the court will adjust the parties' proposed schedule as follows:

/////

/////

---

[1] The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1). ECF No. 15.

1

1. All discovery shall be completed by **November 2, 2016**.[2]

2. On or before **June 29, 2016**, plaintiffs shall disclose in a writing filed with the court and served upon defendants the names of any experts plaintiffs propose to tender at trial. On or before **August 17, 2016**, defendants shall disclose in a writing filed with the court and served upon plaintiffs the names of any experts they propose to tender at trial. Plaintiffs shall designate and disclose any rebuttal experts no later than **October 5, 2016**.

3. All pretrial motions, except motions to compel discovery, shall be completed by **December 21, 2016**.[3]

4. Final Pretrial Conference is **SET** for **March 1, 2017**, at **10:00 a.m.**, in Courtroom 8 before the undersigned. The parties are cautioned that any counsel appearing for Final Pretrial Conference shall in fact try the matter.

5. A jury trial not to exceed fifteen court days in length is **SET** for **May 1, 2017,** at **9:30 a.m.** in Courtroom 8 before the undersigned.

IT IS SO ORDERED.

DATED: December 10, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[2] The word "completed" in this context means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with.

[3] The word "completed" in this context means that all law and motion matters must be heard on or before the above date.

2